UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  DR:21-CR-00523(1)-AM |
| | § | |
| (1) FELIPE PADILLA-PLASCENCIA | § | |

### ORDER REVOKING SUPERVISED RELEASE
### AND RE-SENTENCING DEFENDANT

On **February 15, 2024**, came on to be heard before the Court, the Government's Petition to Revoke the Defendant's term of supervised release filed on **March 21. 2023**.  The defendant, **(1) FELIPE PADILLA-PLASCENCIA**, appeared with  attorney **Alfred G. Ramirez**, and the government appeared by Assistant United States Attorney, **Rex Beasley**, in the above-entitled and numbered criminal action.

The defendant pled <u>not true</u> to the Violations alleged in the Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on February 15, 2024, that the defendant has violated the terms of  supervised release as alleged in the said petition.  Thus, the Government's petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **October 20, 2021** , as set out in the judgment entered on **October 21, 2021**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(1) FELIPE PADILLA-PLASCENCIA**  be

committed to the custody of the U.S. Bureau of Prisons for a term of **Twelve (12) months**, to run consecutively to the sentence imposed in the District of New Mexico case no. 2:23-CR-00772-001.

No further term of supervised release is imposed.

SIGNED on this **7th day of March, 2024**.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE

## **RETURN**

I have executed this Revocation Order as follows:

_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal